■ Frances P. MacTaggert, Respondent, v Philip A. Mac-Taggert, Appellant.—Order, Supreme Court, New York County (C. Beauchamp Ciparick, J.), entered on February 11, 1987, and order of said court, entered on August 5, 1987, which was modified by an order of said court, entered on or about August 20, 1987, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Sandler, Carro, Rosenberger and Smith, JJ.

■ The People of the State of New York, Respondent, v Robert Navarro, Appellant.—Judgment, Supreme Court, New York County (Alvin Schlesinger, J.), rendered on May 21, 1986, and order of said court, entered on July 10, 1987, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Kupferman, J. P., Sullivan, Ross, Asch and Milonas, JJ.

■ The People of the State of New York, Respondent, v Nicholas Piscotti, Appellant.—Judgment, Supreme Court, New York Court (Stephen Crane, J.), rendered on March 1, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Ross, Asch and Milonas, JJ.

■ The People of the State of New York, Respondent, v James Thomas, Appellant.—Judgment, Supreme Court, New